IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LONNIE JOSEPH PARKER                                                    PETITIONER

vs.                           CASE NO. **4:98CR00236 GH**
                                       **4:03CV00058GH**

UNITED STATES OF AMERICA                                                RESPONDENT

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered this date, the motion to vacate, set aside, or correct sentence is hereby denied.

IT IS SO ORDERED this 8th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-